

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2020

No. 04-20-00112-CV

Victor **HILDERBRAN**, Homer Ray Smith, Ramon Castro, Dean Paret, and Brad Bradley,
Appellants

v.

**TEXAS SOUTHWEST COUNCIL, INC.,** Boy Scouts of America,
Appellee

From the 452nd District Court, Edwards County, Texas
Trial Court No. 4111
The Honorable Robert Hoffman, Judge Presiding

# O R D E R

The clerk's record was due on April 3, 2020, but has not been filed. On April 3, 2020, the trial court clerk filed a notification of late record, notifying this court that the clerk's record has not been filed because: (1) the clerk has recalculated the costs of the record and appellants have not responded with a revised designation letter, and (2) appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the record based on the recalculated, corrected costs.

It is therefore **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that appellants have requested the trial court clerk to prepare the clerk's record, which request must designate the items to be included. *See* TEX. R. APP. P. 34.5(a), (b).

It is further **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee.

It is further **ORDERED** that the clerk's record must be filed no later than ten (10) days after the date appellants' written proofs are filed with this court. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2020.

MICHAEL A. CRUZ,
Clerk of Court